Dismissed and Opinion filed July 11, 2002









Dismissed and Opinion filed July 11, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-01-00906-CV

____________

 

MIKEL HUNSUCKER, Appellant

 

V.

 

ROBERT MONROE LOVELL, INDIVIDUALLY AND AS PARTIAL
OWNER/PRESIDENT OF HOME MARKETING SERVICES, INC., ET AL., Appellees

 



 

On
Appeal from the 164th District Court

Harris
County, Texas

Trial
Court Cause No. 99-49256

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed February 19, 2001.  

On July 9, 2002, appellant filed a
motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered
dismissed.  

PER CURIAM

Judgment rendered and Opinion filed July 11, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman. 

Do Not Publish C Tex. R. App. P. 47.3(b).